# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHELLI SIMMONS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, <br><br> Defendant. | CASE NO. 12-cv-05121 BHS <br><br> REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 13.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant the parties' motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1       The administrative law judge issued an unfavorable decision on March 22, 2011. On April 27, 2011, Plaintiff's representative submitted her request for review, asking for a copy of the hearing recording and a copy of the final exhibit file, together with an extension of time after receipt of those materials to submit a legal brief. Plaintiff's representative did not receive a copy of the final hearing or exhibit file, and the Appeals Council issued a denial notice on December 12, 2011.

      Due to these facts and the parties' stipulation, this matter should be remanded. On remand, the Appeals Council should vacate the December 12, 2011 Appeals Council denial notice and send Plaintiff's representative a copy of the hearing recording and final exhibit file. Plaintiff's representative should be given additional time to submit a legal brief and Plaintiff's request for review should be reconsidered.

      Following proper presentation, the Court will consider Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act and 406(b) if appropriate.

      Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

      Dated this 18th day of June, 2012.

                                                                    J. Richard Creatura
                                                                    United States Magistrate Judge